PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 15 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

U.S.A. vs. Stephanie Diane Jackson      Docket No. 2:12CR00113-001

### Petition for Action on Conditions of Pretrial Release

Comes now, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Stephanie Diane Jackson, who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Spokane, Washington, on the 27th day of September 2012, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any Federal or state law enforcement agency. Agreement, if any, to work for the government shall first be vetted with the presiding district judge in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has been charged and arrested for new Federal crimes as set forth in the violation report incorporated herein by this reference.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 14, 2013

by  s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

### THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5/15/13
Date