PROB 12C
(7/93)

Report Date: December 9, 2015

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Stephanie Diane Jackson | Case Number: 0980 2:12CR00113-TOR-1<br>0980 2:13CR00084-TOR-1 |

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 23, 2013

| | |
|---|---|
| Original Offense: | Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471 and 2<br>Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471 and 2 |
| Original Sentence: | Prison - 21 months;<br>TSR - 36 months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| Defense Attorney: | Federal Defenders |

| | |
|---|---|
| Type of Supervision: Supervised Release | |
| Date Supervision Commenced: November 14, 2014 | |
| Date Supervision Expires: November 13, 2017 | |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Stephanie Jackson violated mandatory condition number 2 by being arrested for theft on November 13, 2015.<br><br>According to Airway Heights police report number 15-399752, Stephanie Jackson was arrested for 3rd degree theft on November 13, 2015. Ms. Jackson was arrested after a store theft prevention employee observed her attempting to return an item that was not purchased. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Stephanie Jackson violated standard condition number 6 by failing to notify her U.S. Probation officer at least ten days prior to a change in employment. |

On December 2, 2015, Ms. Jackson was summoned to the United States Probation office to address her recent arrest. Ms. Jackson was asked by the undersigned officer if she had been working full time. Ms. Jackson stated she had been fired from her place of employment a few weeks prior. Ms. Jackson failed to notify the United States Probation office of her change in employment.

3  **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Stephanie Jackson violated standard condition number 1 by failing to notify her United States Probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

Ms. Jackson was arrested by an Airway Heights Police officer on November 13, 2015, and was given a traffic ticket by a Spokane Police officer on November 23, 2015. Ms. Jackson failed to notify her United States Probation officer of any law enforcement contact until questioned by the undersigned officer on December 2, 2015.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/09/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

December 10, 2015
Date