PROB 12C  
(7/93)

Report Date: May 10, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Diane Jackson     Case Number: 0980 2:12CR00113-TOR-1  
    0980 2:13CR00084-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2013

Original Offense:    Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. §§ 471 and 2  
    Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. §§ 471 and 2

Original Sentence:    Prison 21 months;    Type of Supervision: Supervised Release  
    TSR - 36 months

Asst. U.S. Attorney:    Earl A. Hicks     Date Supervision Commenced: November 14, 2014

Defense Attorney:    Federal Defenders     Date Supervision Expires: November 13, 2017

## PETITIONING THE COURT

To issue a summons and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/10/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Stephanie Jackson violated mandatory condition number 2 by being arrested for driving with a suspended license on March 30, 2016. |
| 5 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Stephanie Jackson violated standard condition number 2 by failing to report to her U.S. probation officer as directed on May 4, 2016.<br><br>On May 3, 2016, the undersigned officer spoke with the defendant and directed her to report to the U.S. Probation Office on May 4, 2016. Ms. Jackson failed to report as directed. |

| | | |
|---|---|---|
| 6 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons. | |

**Supporting Evidence**: Ms. Jackson violated standard condition number 5 by failing to work regularly at a lawful occupation since on or about December 2, 2015. Ms. Jackson has remained unemployed since she lost her job in December 2015.

7   **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Ms. Jackson violated standard condition number 11 by failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer on April 26, 2016.

Ms. Jackson was arrested at the Northern Quest Casino on April 26, 2016, for an outstanding warrant. Ms. Jackson was booked into the Spokane County Jail and later released. The defendant failed to notify her U.S. probation officer of any law enforcement contact.

8   **Special Condition # 14**: You shall provide the supervising officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of your Federal income tax returns. You shall disclose all assets and liabilities to the supervising officer. You shall not transfer, sell, give away, or otherwise convey any asset, without the advance approval of the supervising officer.

**Supporting Evidence**: Stephanie Jackson violated special condition number 14 by failing to provide a copy of her 2015 income tax returns.

U.S. Probation mailed Ms. Jackson a letter on February 1, 2015, directing her to provide a copy of her 2015 income tax returns. As of the date of this petition, U.S. Probation has not received a copy of her 2015 income tax returns.

9   **Special Condition # 19**: You shall be prohibited from all forms of gambling, and shall not enter, frequent, or be otherwise involved with any legal or illegal gambling establishment or activity.

**Supporting Evidence**: Ms. Jackson violated special condition number 19 by entering a gambling establishment on or about April 26, 2016.

Ms. Jackson was arrested on the Northern Quest Casino floor on April 26, 2016, by Kalispel Tribal police for an outstanding warrant. On May 10, 2016, Kalispel Tribal Police notified the undersigned officer that they do have video footage of Ms. Jackson gambling at the casino during the morning of May 9, 2016.

10   **Special Condition # 17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but not more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Stephanie Jackson violated special condition number 17 by failing to provide a urine sample as directed on May 10, 2016.

Prob12C
**Re: Jackson, Stephanie Diane**
**May 12, 2016**
**Page 3**

Ms. Jackson was summoned to the U.S. Probation Office to address her violation behaviors. The defendant was directed to provide a urine sample. Ms. Jackson refused to provide a urine sample as directed on May 10, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   5/12/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice*
Signature of Judicial Officer

May 13, 2016
Date