PROB 12C  
(6/16)

Report Date: July 10, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Stephanie Diane Jackson | Case Number: 0980 2:12CR00113-TOR-1<br>0980 2:13CR00084-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2013

Original Offense:      Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471 and 2

| | | |
|---|---|---|
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 6 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: November 10, 2016 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: November 9, 2018 |

## PETITIONING THE COURT

**To issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/25/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On November 14, 2016, Stephanie Jackson signed her judgment for case number 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court.  Specifically, Ms. Jackson was made aware by her U.S. probation officer that she may not use illegal controlled substances and shall submit to urine testing as directed by the supervising officer.

Stephanie Jackson violated special condition number 18 by using a controlled substance, methamphetamine, on or about June 30, 2017.  Ms. Jackson provided a urine sample as directed on June 30, 2017, at the Spokane Residential Reentry Center (RRC).  The sample was sent to Redwood Toxicology Laboratory for testing.  On July 8, 2017, the sample was returned as positive for methamphetamine.

Prob12C
**Re: Jackson, Stephanie Diane**
**July 10, 2017**
**Page 2**

6    **Special Condition # 22**: You shall reside in a residential reentry center (RRC) for a period up to 120 days at the direction of the supervising officer. Defendant shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: On November 14, 2016, Stephanie Jackson signed her judgment for case number 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by Your Honor on June 1, 2017, that her conditions of supervised release where being modified and that she must reside in a residential reentry center for a period of up to 120 days and comply with the rules and requirements of the facility.

Stephanie Jackson violated special condition number 22 on July 10, 2017, by being terminated from the Spokane Residential Reentry Center. Ms. Jackson was terminated due to using controlled substances while residing at the facility. The use of controlled substances is a violation of facility rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/10/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistate Judge.

Signature of Judicial Officer

July 10, 2017
Date