PROB 12C  
(6/16)

Report Date: July 19, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

Jul 19, 2018  

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Diane Jackson          Case Number: 0980 2:12CR00113-TOR-1
                                                                0980 2:13CR00084-TOR-1

Address of Offender: 402 North Sherman Avenue, Medical Lake, Washington 99022

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2013

Original Offense:        Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. §§ 471 and 2

Original Sentence:       Prison - 21 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 6 months
(05/31/2016)             TSR - 24 months

Revocation Sentence:     Prison - 8 months
(10/25/2017)             TSR - 22 months

Asst. U.S. Attorney:     Earl Allan Hicks             Date Supervision Commenced: March 23, 2018

Defense Attorney:        Federal Public Defender      Date Supervision Expires: January 22, 2020

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 07/02/2018.

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime. |
|   | **Supporting Evidence**: Stephanie Jackson violated mandatory condition number 1 by being cited for driving with a suspended license on July 12, 2018. |
|   | On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. probation officer that she must obey all laws. |
|   | According to Spokane Police report number 8Z0621832, Stephanie Jackson was traveling north on Division street when she struck the back of the vehicle ahead of her. When |

Prob12C
Re: Jackson, Stephanie Diane
July 19, 2018
Page 2

Prob12C
Re: Jackson, Stephanie Diane
July 19, 2018
Page 2

contacted by the responding officers, it was determined Ms. Jackson did not have a valid driver's license and was cited for driving with a suspended license.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/19/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  Other : This petition is incorporated with the petition dated July 3, 2018. The initial appearance scheduled for 7/19/2018 at 1:30 p.m. before Magistrate Judge Rodgersremains set.

Signature of Judicial Officer

July 19, 2018
Date