PROB 12C
(6/16)

Report Date: July 2, 2018

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Stephanie Diane Jackson | Case Number: 0980 2:12CR00113-TOR-1 |
| | 0980 2:13CR00084-TOR-1 |

Address of Offender: ▉

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2013

Original Offense:        Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. §§ 471 and 2

| | | |
|---|---|---|
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(05/31/2016) | Prison - 6 months<br>TSR - 24 months | |
| Revocation Sentence:<br>(10/25/2017) | Prison - 8 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: March 23, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 22, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court.  Specifically, Ms. Jackson was made aware by her U.S. probation officer that she may not use illegal controlled substances and shall submit to urine testing as directed by the supervising officer. |

Prob12C
**Re: Jackson, Stephanie Diane**
July 2, 2018
Page 2

        Stephanie Jackson violated special condition number 4 by using a controlled substance, methamphetamine, on or about May 4, May 15, and June 7, 2018. Ms. Jackson provided a sample as directed at the vendor site. The sample was sent to the laboratory for testing. On June 7, 2018, the samples from May 2018 were provided to the undersigned officer from the vendor as positive for methamphetamine. On June 27, 2018, the sample taken on June 7, 2018, was returned from the vendor as positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/02/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
Chief United States District Judge
July 3, 2018
Date