PROB 12C
(6/16)

Report Date: September 6, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Stephanie Diane Jackson | Case Number: 0980 2:12CR00113-WFN-1<br>0980 2:13CR00084-WFN-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 23, 2013

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. §§ 471 and 2 | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(05/31/2016) | Prison - 6 months<br>TSR - 24 months | |
| Revocation Sentence:<br>(10/25/2017) | Prison - 8 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: March 23, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: January 22, 2020 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On August 21, 2018, the undersigned officer contacted Ms. Jackson at her residence. Observed in plain view in her bedroom was a digital scale. On the digital scale was a small amount of a crystal like substance, that Ms. Jackson identified as methamphetamine.  Additionally, located in the defendant's bedroom were multiple devices utilized to deceive urinalysis testing for substance abuse. |

Prob12C
**Re: Jackson, Stephanie Diane**
**September 6, 2018**
**Page 2**

On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-WFN-1 and 2:13CR00084-WFN-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. Probation officer that she not illegally possess a controlled substance.

2    **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: On August 16, 2018, Stephanie Jackson attended the Eastern District of Washington Sobriety Treatment and Education Prevention (STEP) program. Following her attendance she was directed by a U.S. Probation officer to attend the next STEP session on September 6, 2018. Additionally, she was provided with written instructions to report to the STEP session on September 6, 2018. However, Ms. Jackson failed to report to STEP on September 6, 2018, and her current whereabouts are unknown.

On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-WFN-1 and 2:13CR00084-WFN-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. Probation officer that she follow the instructions of the probation officer.

3    **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Stephanie Jackson failed to schedule and complete a one on one session at Pioneer Human Services (PHS) for the month of August 2018. Stephanie Jackson failed to report for her scheduled group treatment at PHS on August 27, 2018. When Ms. Jackson did attend her group session at PHS on August 31, 2018, she fell asleep multiple times, and was disruptive to the other treatment participants.

On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-WFN-1 and 2:13CR00084-WFN-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. Probation officer that she must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.

4    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Stephanie Jackson failed to report for urinalysis testing as directed on August 29, and September 5, 2018. On September 4, 2018, she provided a urine specimen that yielded an initial positive finding for methamphetamine. Ms. Jackson also signed an admission of drug use form the same date, admitting to using methamphetamine in early September.

Prob12C
**Re: Jackson, Stephanie Diane**
**September 6, 2018**
**Page 3**

On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-WFN-1 and 2:13CR00084-WFN-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. Probation officer that she may not use illegal controlled substances and shall submit to urine testing as directed by the supervising officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    9/6/2018

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[x]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

9/06/2018
Date