PROB 12C
(6/16)

Report Date: May 30, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Diane Jackson

Case Number: 0980 2:12CR00113-TOR-1
0980 2:13CR00084-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2013

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. §§ 471 and 2 | |
| Original Sentence: | Prison - 15 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (05/31/2016) | Prison - 6 months<br>TSR - 24 months | |
| Revocation Sentence: (10/25/2017) | Prison - 8 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: March 23, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: January 22, 2020 |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/02/2018, and 09/06/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On May 16, 2019, Stephanie Jackson was arrested by Corpus Christi, Texas, police and charged with the offense of possession of counterfeit currency and possession of controlled substances. Specifically, she was found to be in possession of a counterfeit $20 bill, Tylenol with codeine #3, and Xanax. It should also be noted that she provided a false name of Jessica Vasquez, and in her purse she had the identification of other individuals and a social security card belonging to someone other than her. |

On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. probation officer that she not commit another federal, state, or local crime.

6 **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On May 16, 2019, the offender was arrested by Corpus Christi, Texas, police and found to be in possession of Xanax and Tylenol with codeine #3. The offender did not posses a valid prescription at the time of her arrest permitting her to be in possession of said substance.

On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. probation officer that she not illegally possess a controlled substance.

7 **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: On May 16, 2019, Stephanie Jackson was arrested by authorities in Corpus Christi, Texas. Ms. Jackson did not have permission to travel outside of the Eastern District of Washington.

On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. probation officer that she not leave the judicial district without the permission of the court or probation officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/30/2019

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
Signature of Judicial Officer

May 30, 2019
Date